IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| MIKAL ANTHONY VIRGIL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CREATIVE SERVICES, INC.,<br><br>　　　　　　Defendant. | Case No.: 1:25-cv-10082-PBS |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff Mikal Anthony Virgil and Defendant Creative Services, Inc., have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants.

Dated: August 25, 2025,

　　　　　　　　　　　　　　　　　*By: /s/ David Pinkhasov*
　　　　　　　　　　　　　　　　　David Pinkhasov, NY # 5925904
　　　　　　　　　　　　　　　　　Pro Hac Vice admitted
　　　　　　　　　　　　　　　　　CONSUMER ATTORNEYS
　　　　　　　　　　　　　　　　　68-29 Main Street
　　　　　　　　　　　　　　　　　Flushing NY 11367
　　　　　　　　　　　　　　　　　T: (718) 701-4605
　　　　　　　　　　　　　　　　　F: (718) 247-8020
　　　　　　　　　　　　　　　　　E: dpinkhasov@consumerattorneys.com"

　　　　　　　　　　　　　　　　　Adam L. Deutsch, MA No. 569173
　　　　　　　　　　　　　　　　　Northeast Law Group, LLC

1

7 Purves St, STE 12
East Longmeadow, MA 01028
T: (413) 285-3646
F: (413) 200-3305
E: adam@northeastlawgroup.com

*Attorneys for Plaintiff,*
*Mikal Anthony Virgil*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Eugene Nowak*